AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>CEDRIC WINFIELD, DARRELL D. MOORE, AND ALEXUS GUSTER<br><br>*Defendant(s)* | Case No. 3:17mj 173-LRA |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 22 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 7, 2017__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2119, 924(c)(1)(A)(ii) & (2) | Darrell D. Moore, Cedric Winfield, and Alexus Guster, aided and abetted by each other, with the intent to cause death or serious bodily harm, did willfully take a motor vehicle that had been transported, shipped, and received in interstate commerce, from the person and presence of another, Ledarious Anderson, by force and violence and by intimidation while brandishing and discharging a handgun in violation of Title 18, United States Code, sections 2119, 924(c)(1)(A)(ii), and 2. |

This criminal complaint is based on these facts:

See Attached Affidavit of Task Force Officer Brittany Deichmann of the Federal Bureau of Investigation (FBI). The Affidavit is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brittany Deichmann
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 22, 2017

_____
Judge's signature

City and state: Jackson, Mississippi        Hon. Linda Anderson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brittany Deichmann, being duly sworn, do hereby depose and state the following:

1. I am a duly sworn Special Agent assigned to the Violent Crime Task Force of the Federal Bureau of Investigation (FBI), Jackson, Mississippi Division. As a Special Agent, I investigate crimes of a violent nature that have a federal interest, including, but not limited to Hobbs Act Robbery cases, carjacking, and felons in possession of a firearm. I have received training and been assigned to conduct investigations of criminal violations of the United States Code.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Alexus Guster, Darrell D. Moore, and Cedric Winfield and as such does not include all of the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Alexus Guster, Darrell D. Moore, and Cedric Winfield for violations of Title 18, United States Code, Sections 2119 (Carjacking) and 924(c)(1)(A)(ii) (Brandishing and Discharging a firearm during the commission of a crime of violence, carjacking).

3. Ledarious Anderson is the owner of a 1999 Red Pontiac Grand Am, VIN 1G2NE52E5XM869150. This vehicle was manufactured by General Motors Corporation and is a vehicle that has traveled in interstate commerce.

4. On or about November 7, 2017, Alexus Guster, Darrell D. Moore and Cedric Winfield agreed to rob and carjack Anderson at gunpoint. Moore and Winfield planned to give Guster a portion of the money they would receive from the robbery if she was able to lure Anderson to the location. Later that day, Guster decided to use Facebook as a means of effectuating the plan to lure Anderson, and at the instruction of Winfield and Moore, she lured Anderson to the Arbor Park Apartments located at 5551 Shaw Road in Jackson, Mississippi, where Anderson and Moore were waiting to carjack and rob him.

5. Later on the night of November 7, 2017, with the plan in place, Anderson traveled to the Arbor Park Apartments in his 1999 Pontiac Grand Am to meet with Guster for what he anticipated would be a date. With knowledge that Anderson was on the way, Guster texted Winfield to advise him that Anderson was on his way to their agreed upon location. Upon arriving at the apartments, Anderson made contact with Guster, who was standing with Winfield. Guster explained to Anderson that Winfield was her brother. Guster and Winfield spoke to Anderson while standing at the passenger side of the vehicle. While Anderson was distracted, Moore approached the driver's side of the vehicle with a firearm, pulled Anderson out of the car, forced him to give up his money and the Grand Am. Anderson, in fear for his life, complied with Moore's request and turned over his car and gave Moore $200 in cash.

6. Moments later, Anderson fled the scene on foot and Moore fired his gun in the direction of Anderson in an attempt to hit him as he fled. At this point, Winfield drove off in Anderson's Grand Am while Guster and Moore left the scene in Moore's car

7. The previous day before the above crime was committed, November 6, 2017, Moore had been placed on house arrest and ordered to wear an ankle monitor by Hinds County Circuit Judge Tomi Green, in light of Moore's recent indictment by a Hinds County grand jury (Circuit Court No. 17-836-TTG) on September 14, 2017, for the first-degree murder of Javier Buckley, who was shot and killed in Jackson, Mississippi, on April 6, 2017.

Based upon the preceding facts, there is probable cause to believe that Alexus Guster, Darrell D. Moore, and Cedric Winfield, aided and abetted by each other, with the intent to cause death or serious bodily harm, did willfully take a motor vehicle that had been transported, shipped, and received in interstate commerce, from the person and presence of another, Ledarious Anderson, by force and violence and by intimidation while brandishing and discharging a handgun, all in violation of Title 18, United States Code, sections 2119, 924(c)(1)(A)(ii), and 2.

Brittany Deichmann
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 22nd of November 2017

LINDA ANDERSON
UNITED STATES MAGISTRATE JUDGE